People ex rel. Collins v Maginley-Liddie (2026 NY Slip Op 00636)

People ex rel. Collins v Maginley-Liddie

2026 NY Slip Op 00636

Decided on February 10, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 10, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
LINDA CHRISTOPHER
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2026-01245

[*1]The People of the State of New York, ex rel. Caitlyn Collins, etc., on behalf of Trenton Freeman, petitioner, 
vLynelle Maginley-Liddie, etc., respondent.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Ann Avery Burrell of counsel), for respondent.
Fast Law Firm P.C., New York, NY (Caitlyn Collins pro se of counsel), for petitioner.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Trenton Freeman pursuant to CPL 30.30(2)(a), or, in the alternative, to set reasonable bail upon Kings County Indictment No. 75266/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Kruger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., CHRISTOPHER, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court